**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
NOV 04 2015
Clerk, U.S. District and Bankruptcy Courts

IN RE
GLENN Z. JORDAN                    :    Chapter 13 Case No.: 10-00201
  Debtor

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS PURSUANT TO**
**11 U.S.C. §347(a) AND BANKRUPTCY RULE 3011**

Comes now Cynthia A. Niklas, Esquire, Chapter 13 Trustee, and pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011, reports that a stop pay order has been entered on the following check(s) remaining unpaid over ninety (90) days after final distribution:

Glenn Z. Jordan                              07/15 check #406553
655 Oglethorpe Street NE                     amount $461.81
Washington, DC  20011

The Trustee accordingly requests that check #407560 in the amount of $461.81, payable to the Clerk, U.S. Bankruptcy Court representing said unclaimed funds be deposited into the Registry of the Court and disposed of under 28 U.S.C. §129.

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas #193367
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016-4623

ATTORNEY AT LAW
CYNTHIA A. NIKLAS
CHAPTER 13 TRUSTEE
DISTRICT OF COLUMBIA

SUITE 211
4545 FORTY-SECOND ST., N.W.
WASHINGTON, D.C.
20016-4623
(202) 362-8500
FAX (202) 362-3487

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2015, a copy of the foregoing Report of Unclaimed Funds was mailed, postage prepaid, to said payee at the above-stated address.

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas

RECEIVED
Mail Room
NOV - 4 2015
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia